IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:01cr00152-02 JMM

KEVIN WISE

## AMENDED JUDGMENT & COMMITMENT

It has come to the Court's attention that the amended and substituted judgment, entered in this case on March 30, 2006 (docket entry #480), failed to include the $6,000.00 fine and is amended to correct a clerical error.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office and the financial section of the Clerk's office.

IT IS SO ORDERED this 28th day of January, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE