

RECEIVED
IN THE CHAMBERS OF
U.S. DISTRICT COURT JUDGE
JAMES M. MOODY
JUL 03 2009

# MEMORANDUM

**United States Probation Office**
**Eastern District of Arkansas**

**To:** Honorable James M. Moody
U.S. District Judge

**From:** Aaron J. Germany
U. S. Probation Officer

**Re:** Wise, Kevin
Docket No. 4:01-CR-152(2) JMM

**Date:** June 29, 2009

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL -8 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

On February 2, 2004, Kevin Wise was sentenced to 30 months imprisonment, 3 years supervised release, $400 special assessment penalty and $6,000 fine for the offense of aiding and abetting false or fraudulent claims, a Class D felony in violation of 18 U.S.C § 2 and 287. On March 8, 2006, Mr. Wise was re-sentenced to 37 months imprisonment, 3 years supervised release and $400 special assessment penalty. On January 28, 2008, an amended judgment and commitment order was entered to correct a clerical error of the omission of the $6,000 fine. The original order directed the payment of the fine to be at a rate of 10% of the defendant's gross income. The amended judgment and commitment order did not specify a payment schedule for the $6,000 fine. Mr. Wise began his term of supervised release on January 12, 2009. On February 26, 2009, Mr. Wise signed a fine payment agreement that requires him to make monthly payments of $300. At the current payment schedule, Mr. Wise will satisfy his fine obligation before the end of his term of supervised release.

Please indicate below if the Court is in agreement with this payment schedule.

Approved: _____
Supervising U. S. Probation Officer

Approved: _____ 7/8/09
Honorable James M. Moody    Date

Disapproved: _____
Honorable James M. Moody    Date